JASON HARROW (CA State Bar No. 308560)
DAVIS WRIGHT TREMAINE LLP
865 S Figueroa Street, Suite 2400
Los Angeles, California  90017
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899
Email:      jasonharrow@dwt.com

Attorneys for HomeAway.com, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HOMEAWAY.COM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF ANAHEIM, <br><br> Defendant. | Case No. 8:16-cv-1402 <br><br> **HOMEAWAY'S NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

On July 29, 2016, Plaintiff HomeAway.com, Inc. ("HomeAway") filed this action against defendant City of Anaheim (the "City"), seeking a declaration that Sections 4.05.120 and 4.05.130.0103 of Anaheim Ordinance No. 6374 violate the Communications Decency Act, 47 U.S.C. § 230 and the First and Fourteenth Amendments to the United States Constitution.  Complaint (Dkt. 1).  For the following reasons, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), HomeAway voluntarily dismisses this matter without prejudice.

Both challenged sections of the Ordinance include language that they will not apply if the City determines they violate state or federal law.  *See* Ordinance No.

1

NOTICE OF VOLUNTARY DISMISSAL

6374 (Dkt. 1 Ex. A ) §§ 4.05.120.030, 4.05.130.0103.  On August 10, 2016, counsel for the City invoked this language in a letter stating "the City has completed its review of the applicable law and made an administrative determination, as provided for in Ordinance No. 6374, that, under the current state of the law, Ordinance No. 6374 does not and will not be applied to Airbnb, HomeAway or other hosting platforms" and "[a]s such, the City will not seek to enforce Ordinance No. 6374 against hosting platforms and no criminal or civil penalties will be issued against hosting platforms under the Ordinance."  *See* Ex. A.

Based on these representations and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), HomeAway voluntarily dismisses this matter without prejudice.

DATED this 22nd day of August, 2016.

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP


        By:    */s/ Jason Harrow*
              Jason Harrow
              865 S Figueroa Street, Suite 2400
              Los Angeles, California  90017
              Telephone: (213) 633-6800
              Facsimile: (213) 633-6899
              jasonharrow@dwt.com

*Of counsel*

        Thomas R. Burke
        Sanjay M. Nangia
        DAVIS WRIGHT TREMAINE LLP
        505 Montgomery Street, Suite 800
        San Francisco, California  94111
        Telephone: (415) 276-6500
        Facsimile: (415) 276-6599
        thomasburke@dwt.com
        sanjaynangia@dwt.com

NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| 1 | James C. Grant |
| 2 | Ambika K. Doran |
| | DAVIS WRIGHT TREMAINE LLP |
| 3 | 1201 Third Avenue, Suite 2200 |
| 4 | Seattle, Washington 98101 |
| | Telephone: (206) 757-8096 |
| 5 | Facsimile: (206) 757-7096 |
| 6 | jimgrant@dwt.com |
| | ambikadoran@dwt.com |
| 7 | |
| 8 | Attorneys for Plaintiff HomeAway.com, Inc. |

3

NOTICE OF VOLUNTARY DISMISSAL